**Order entered November 26, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01184-CV

### RODNEY DRAUGHON, Appellant

### V.

### JOYCIE JOHNSON, Appellee

**On Appeal from the County Court At Law No. 1**
**Kaufman County, Texas**
**Trial Court Cause No. 99751-CC**

## ORDER

Before the Court is appellant's November 20, 2018 motion to substitute counsel. We **GRANT** the motion. We **DIRECT** the Clerk of this Court to remove Bruce N. Patton as counsel for appellant and substitute Daniel D. McGuire and LaToya J. Alexander of Polsinelli, PC in Mr. Patton's place.

/s/    ADA BROWN
          JUSTICE